1
2
3
4
5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

6

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:14-CR-6022-EFS |
| | ) | |
| vs. | ) | Order Granting Motion to |
| | ) | Modify Release Conditions |
| RYAN BRUCE FOX, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is Defendant's Motion to Modify Release Conditions (Ct. Rec. _35_). Defendant's motion is unopposed. For the reasons set forth in Defendant's motion, **IT IS HEREBY ORDERED** that Defendant's Motion to Modify Release Conditions is **GRANTED**.

**IT IS ORDERED** that condition number 30 of this Court's Order Setting Conditions of Release (ECF No. 30) shall be amended to include the following language: "Subject to the approval of the supervising U.S. Probation or Pretrial Services Officer, Defendant's parents may keep a personal computer in their home with internet capabilities, so long as the computer is stored in a locked room, the Defendant is not allowed access to the room, and the lone key to the room is kept on either the person of John

Fox or Katherine Fox at all times."

**IT IS SO ORDERED**.

The district court executive is directed to enter this order and provide copies to counsel and the United States Probation Office.

DATED this _31st_ day of __July____, 2014.

                                          s/James P. Hutton
                                          JAMES P. HUTTON
                             UNITED STATES MAGISTRATE JUDGE