UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN BRUCE FOX,<br><br>Defendant. | No. 4:14-CR-6022-EFS<br><br>ORDER GRANTING EXPEDITED MOTION TO MODIFY AND AMENDING ORDER SETTING CONDITIONS OF RELEASE |

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite (ECF No. 41) and (unopposed) Motion to Modify Conditions of Release (ECF No. 40) are **GRANTED**.

2. The court's Order Setting Conditions of Release (ECF No. 30, as modified at ECF No. 37), Condition # 32 is modified to read as follows:

(32) Defendant must not be present with any minor children, unless a chaperone is also present and both the chaperone and the terms of contact have been approved in advance by the supervising U.S. Probation or Pretrial Services Officer. During any such pre-approved contact, Defendant shall not consume alcohol and shall not have any physical contact with minor children. Defendant further shall not frequent places where children congregate, including but not limited to shopping malls and stores. Defendant further shall not frequent places where minors are likely to

ORDER - 1

1  congregate, including but not limited to schools and playgrounds.

2  The Clerk of the Court shall enter this Order and provide copies to counsel and
3  U.S. Probation.

4  DATED September 9, 2014.

5  <u>s/James P. Hutton</u>
   JAMES P. HUTTON
6  UNITED STATES MAGISTRATE JUDGE

ORDER - 2